**Opinion issued February 26, 2019**



In The

# Court of Appeals

### For The

## First District of Texas

————————————

### NO. 01-19-00097-CV

————————————

## IN RE ARNOLD BALDWIN, INDIVIDUALLY AND AS TRUSTEE FOR THE RIL FAMILY TRUST, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Arnold Baldwin, Individually and as Trustee for the RIL Family Trust, has filed a petition for writ of mandamus, seeking an order to reverse the trial court's order granting partial default judgment.[1]

---

[1]   The underlying case is *Robert H. Lewis, Alma Deshone Lewis Moore, Harold Essie Lewis Jr., Nicole Monique Lewis, Dettick Mosley and Desmine Mosley v. Arnold Baldwin, Individually and as Trustee of the RIL Family Trust*, cause number 18DCV0659, pending in the 344th Judicial District Court of Chambers County, Texas, the Honorable Randy McDonald presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.